## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| SCOTT HENDRICKS individually and on behalf of a class of similarly situated persons | PLAINTIFF |
| v.      No. 4:12CV00069 JLH (Lead) | |
| INERGY, L.P.; and<br>INERGY PROPANE, L.L.C. | DEFENDANTS |
| JASON VICKERS, individually and on behalf of all other persons similarly situated | PLAINTIFF |
| v.      No. 4:12CV00136 JLH | |
| INERGY TRANSPORTATION, LLC;<br>INERGY, L.P.; and INERGY HOLDINGS, L.P. | DEFENDANTS |

### ORDER

The parties have filed a joint motion for these cases to be consolidated, and that motion is granted. Case No. 4:12CV00136 is hereby consolidated with case No. 4:12CV00069 for all purposes. Case No. 4:12CV00069 will be the lead case. All further motions, pleadings, and other papers should be filed in case No. 4:12CV00069.

IT IS SO ORDERED this 25th day of June, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE